IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| JOAN R. PURYEAR, | ) | Case No. 4:09CV00028 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| COMMISSIONER OF | ) | By:  Jackson L. Kiser |
| SOCIAL SECURITY, | ) | Senior United States District Judge |
| | ) | |
| Defendant. | ) | |

Before me is the *Report and Recommendation* of the United States Magistrate

Judge recommending an Order be entered affirming the Commissioner's final decision,

granting the Commissioner's Motion for Summary Judgment, and dismissing this case

from the docket of the Court.  This *Report* was filed on April 14, 2010, from which the

parties had fourteen (14) days to file objections.  No objections were filed.  Accordingly, it

is this day **ADJUDGED** and **ORDERED** that the *Report and Recommendation* shall be,

and hereby is, **ADOPTED** in its entirety.  The Commissioner's Motion for Summary

Judgment is **GRANTED,** and the decision of the Commissioner in this case is

**AFFIRMED**.  The clerk is hereby directed to dismiss this case from the docket of the

court.

The Clerk is directed to send a copy of this *Order* to counsel as well as to

Magistrate Judge Crigler.

ENTERED this 29th day of April, 2010.

s/Jackson L. Kiser_____
Senior United States District Judge